**Kathleen Ann HOLMES, Appellant,**

v.

**Stanley Rodrick HOLMES, Jr.,**
**Respondent.**

**No. WD 37137.**

Missouri Court of Appeals,
Western District.

Feb. 11, 1986.

Rehearing Denied March 27, 1986.

John E. Chick, Jr., Kansas City, for appellant.

David B. Sexton and Jane Pansing Brown, Schulz, Bender, Maher & Blair, P.C., Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal of ex-wife from a judgment quashing garnishment on ex-husband's wages.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Tracy Lee MIDGYETT, Appellant.**

**No. WD 36998.**

Missouri Court of Appeals,
Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

George M. Ely, Hamilton, for appellant.

William L. Webster, Stephen Hawke, Jefferson City, for respondent.

Before CLARK, C.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Defendant appeals from convictions of robbery in the first degree, § 569.020, RSMo 1978, and armed criminal action, § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).